United States District Court
Southern District of Texas
ENTERED

MAR 3 1 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
~~HOUSTON~~ DIVISION
BROWNSVILLE

B-00-014

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| versus | § | Civil Action _____ |
| | § | |
| Victoria R. Robledo | § | |
| | § | |

## Agreed Judgment

1. On the agreement of the parties, it is adjudged that the United States of America recover from Victoria R. Robledo:

   A. Principal of $4,664.70, plus
   B. Prejudgment interest from November 19, 1999, at the rate $0.90 per day until the date of judgment, plus
   C. Attorney's fees of $1,300.00 and all costs of court, plus
   D. Post-judgment interest at _____ % per annum.

Signed _March 31_, _2000_ ~~1999~~, at _Brownsville_ ~~Houston~~, Texas.

_____
United States District Judge

AGREED:

_Victoria R. Robledo_
Victoria R. Robledo

_____
Attorney for the United States

STATE OF TEXAS §
COUNTY OF HARRIS §

This instrument was acknowledged before me on the __29__ day of __December__, 1999, by Victoria R. Robledo who stated to me that he/she signed the same for the purposes and considerations therein expressed.

TONY MARTINEZ
MY COMMISSION EXPIRES
October 23, 2002

_____
Notary Public - State of Texas

My Commission Expires:
__Oct 23, 2002__